FILED
May 16, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PT_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBIN JERSTAD, | § | |
| | § | |
| v. | § | CIVIL NO. SA:23-CV-00137-OLG |
| | § | |
| INDIAN HOMES, LIMITED | § | |

## ORDER FOR DISMISSAL PAPERS

On Friday, May 12, 2023, the Court was advised that this case settled. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday, June 30, 2023**. If the parties are unable to submit those documents by that date, they may move for an extension of time to file the documents. Failure to so move may result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are DENIED, subject to reurging should settlement fail.

4) No extensions of the above deadline shall be granted except upon a showing of good cause.

5) The Court hereby administratively CLOSES this case pending the filing of dismissal papers. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

**It is so ORDERED.**

**SIGNED this 16th day of May, 2023.**

_____
**ORLANDO L. GARCIA**
**UNITED STATES DISTRICT JUDGE**